IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
03 DEC -4 PM 3: 15
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | | |
|---|---|---|
| ELAINE D. JACKSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 03-S-2561-S |
| | ) | |
| BIRMINGHAM WATER WORKS BOARD, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and the objections of the plaintiff and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation (doc. 6) is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, the court finds that the complaint is due to be dismissed with prejudice. An appropriate order will be entered.

DONE, this ___4th___ day of ___December___, 2003.

_____
UNITED STATES DISTRICT JUDGE

